# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL SWISHER, ) | |
|      Plaintiff, ) | Case No. 2:15-cv-01138-MMD-GWF |
| vs. ) | **ORDER** |
| LISA COLOGNA, *et al.*, ) | |
|      Defendants. ) | |

   This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated June 16, 2015, required the parties to file a Joint Status Report no later than July 19, 2015. To date the parties have not complied. Accordingly,

   **IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **August 3, 2015**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

   DATED this 22nd day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge