1  LAW OFFICE OF DANIEL MARKS
   DANIEL MARKS, ESQ.
2  Nevada State Bar No. 002003
   ADAM LEVINE, ESQ.
3  Nevada State Bar No. 004673
   610 South Ninth Street
4  Las Vegas, Nevada 89101
   (702) 386-0536: FAX (702) 386-6812
5  *Attorneys for Defendant Lisa Cologna
   and Leslie Hanson*

6

7                  IN THE UNITED STATES DISTRICT COURT

8                        FOR THE DISTRICT OF NEVADA

9  PAUL SWISHER                              Case No.: 2:15-cv-01138-MMD-GWF

10        Plaintiff,

11  v.

12  LESLIE LYNN HANSON, Individually and in
    her Official Capacity; KENNETH ROSS,
13  Individually and in his Official Capacity; LISA
    COLOGNA, Individually and in her Official
14  Capacity; CLARK COUNTY MARHSAL'S
    OFFICE, a Political Subdivision of Clark
15  County; ODE MARSHAL, Individually and in
    his Official Capacity; JEFFREY WOMAK,
16  Individually; TRIP CORTNER, Individually;
    STACY DOLAN, Individually; JOSEPH       **DEFENDANT LESLIE HANSON'S**
17  LOMBARDO, as Sheriff of Clark County,   **STIPULATION AND ORDER FOR**
    Nevada; CLARK COUNTY DETENTION          **EXTENSION TO FILE A RESPONSE TO**
18  CENTER, a Political Subdivision of Clark **PLAINTIFF'S FIRST AMENDED**
    County; DOE CORRECTIONS OFFICERS,       **COMPLAINT**
19  Individually and in their Office Capacity; P.
    HESTAND, Individually and in his Official
20  Capacity,

21        Defendants
    _____/
22

23         COMES NOW, Defendant Leslie Hanson and Plaintiff Paul Swisher, by and through their

24  undersigned counsel of record and hereby stipulate and agree that the time for Defendant Leslie

1

Hanson's Response to Plaintiff's Amended Complaint be extended from the current due date of December 28, 2015 through and including **January 25, 2016**.

The reason for said extension is that defense in this matter has been tendered to the Attorney General's Office. However, as of the date of this Stipulation a response to that tender has not been received by the Law Office of Daniel Marks.

| DATED this 28th day of December, 2015. | DATED this 28th day of December, 2015. |
|---|---|
| LAW OFFICE OF DANIEL MARKS | CLAGGETT & SYKES LAW FIRM |
| /s/ Adam Levine, Esq. | /s/ Matthew S. Granda, Esq. |
| DANIEL MARKS, ESQ.<br>Nevada Bar No. 002003<br>ADAM LEVINE, ESQ.<br>Nevada Bar No. 006673<br>610 South Ninth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant Lisa Cologna and Leslie Hanson* | William T. Sykes, Esq.<br>Nevada State Bar No. 009916<br>Matthew S. Granda, Esq.<br>Nevada State Bar No. 012753<br>8751 W. Charleston Blvd., Suite 220<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff Paul Swisher* |

**ORDER**

IT IS SO ORDERED

Dated this ~~28th~~ 29th day of December 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

2