ADAM PAUL LAXALT
Attorney General
FREDERICK J. PERDOMO
Senior Deputy Attorney General
Nevada Bar No. 10714
Bureau of Litigation
Public Safety Division
100 No. Carson St.
Carson City, NV  89701-4717
Tel: 775-684-1250
E-Mail: fperdomo@ag.nv.gov

*Attorneys for Clark County Marshal's Office*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL SWISHER,<br><br>              Plaintiff,<br><br>      v.<br><br>LISA COLOGNA, et al.,<br><br>              Defendants. | Case No.: 2:15-cv-01138-MMD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME OF THE DATE SET FOR DEFENDANT CLARK COUNTY MARSHAL'S OFFICE TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br>**[FIRST REQUEST]** |

COME NOW, the parties, through their undersigned counsel of record and hereby stipulate and agree that the time for Defendant Clark County Marshal's Office to file a response to Plaintiff's First Amended Complaint be extended from December 30, 2015, up to and including January 25, 2016.

### Reason for Extension

Defendant Clark County Marshal's Office[1] requests additional time to review Plaintiff's claims and allegations in the First Amended Complaint and conduct an investigation of these matters prior to filing a response to the First Amended Complaint.  In addition, the Office of the Attorney General, will be reviewing requests for representation tendered by former

/ / /

/ / /

---

[1] Defendant Clark County Marshal's Office is more appropriately identified as the Eighth Judicial District Court Marshals Division.

1

members of the Marshals Division, Defendants Cologna and Hansen, in conjunction with this investigation. Accordingly, this stipulation is made in good faith and not for the purpose of delay. This is the first request for an extension of this deadline.

DATED this 30th day of December, 2015.     DATED this 30th day of December, 2015.

ADAM PAUL LAXALT
Attorney General

CLAGGETT & SYKES LAW FIRM

By: /s/ Frederick J. Perdomo
    FREDERICK J. PERDOMO
    Senior Deputy Attorney General
    Public Safety Division
    Nevada Bar No. 10714
    Bureau of Litigation
    Public Safety Division
    100 No. Carson St.
    Carson City, NV 89701-4717
    *Attorneys for Defendant Clark County Marshal's Office*

By: /s/ Matthew S. Granda
    WILLIAM T. SYKES, Esq
    Nevada Bar No. 9916
    Matthew S. Granda, Esq.
    Nevada Bar No. 12753
    8751 W. Charleston Blvd. Ste. 220
    Las Vegas, NV 89117
    *Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED:**

_____
U.S. DISTRICT COURT JUDGE
DATED: December 30, 2015

# CERTIFICATE OF SERVICE

I certify I am an employee of the Office of the Attorney General, State of Nevada, and that on this 30th day of December, 2015, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER FOR EXTENSION OF TIME OF THE DATE SET FOR DEFENDANT CLARK COUNTY MARSHAL'S OFFICE TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT [FIRST REQUEST]**, by U.S. District Court CM/CFE Electronic Filing to:

Attorneys for Defendant Lisa Cologna and Defendant Leslie Hansen:
Adam Levine
Nevada Bar No. 002003
510 South Ninth Street
Las Vegas, NV 89101
office@danielmarks.net

Attorneys for Plaintiff
William T. Sykes, Esq.
Nevada Bar No. 009916
Matthew S. Granda, Esq.
Nevada Bar No. 012753
8751 W. Charleston Blvd., Ste. 220
Las Vegas, Nevada 89117
wsykes@claggettlaw.com

Attorney for Defendants Sheriff Lombardo, Clark County Detention Center and Corrections Office Hestand
Robert W. Freeman
Nevada Bar No. 3062
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Robert.Freeman@lewisbrisbois.com

Attorney for Kenneth Ross
Thomas Dillard
9950 West Cheyenne Ave
Las Vegas, NV 89129
tdillard@ocgas.com

_____
An employee of the Office of
The Attorney General