# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAUL SWISHER, | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-01138-MMD-GWF |
| vs. | ) | **ORDER** |
| LISA COLOGNA, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on William T. Sykes, Esq.'s Motion to Withdraw as Counsel of Record for Plaintiff (#51), filed December 30, 2015. To date, no party has filed an opposition to this motion and the time for opposition has now expired. Furthermore, the movants substantially establish good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that William T. Sykes, Esq.'s Motion to Withdraw as Counsel of Record for Plaintiff (#51) is **granted**. Plaintiff shall have until **February 2, 2016**, to advise the Court if he will retain new counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff to the civil docket:

**Paul Swisher**
**2252 N. Christy Lane**
**Las Vegas, NV 89156**

. . .

. . .

. . .

. . .

1          **IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Plaintiff with a copy of
2   this order at his last known addresses listed above.
3          DATED this 19th day of January, 2016.

                                        _____
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge