UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL SWISHER, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-cv-01138-MMD-GWF |
| ) | |
| vs. ) | ORDER |
| ) | |
| LESLIE LYNN HANSON, Individually and in ) | |
| her Official Capacity, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on June 16, 2015. Defendant Lisa Cologna filed a Motion to Dismiss (#3) on June 17, 2015. An Amended Complaint was filed November 30, 2015 and Defendant Cologna filed her Answer on December 7, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

      IT IS HEREBY ORDERED that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than February 16, 2016 in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

      DATED this 29th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge